IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


DAVID L. ZAHNER,                                05-CV-3022-ST

        Petitioner,
                                                ORDER
v.

ROBERT LAMPERT,

        Respondent.


**STEVEN WAX**
Federal Public Defender
**KRISTINA S. HELLMAN**
Assistant Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503)326-2123

        Attorneys for Petitioner

**HARDY MYERS**
Attorney General
**JONATHAN W. DIEHL**
Assistant Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
(503) 947-4700

        Attorneys for Respondent


1 - OPINION AND ORDER

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#69) on February 5, 2008, in which she recommended the Court deny the Petition for Writ of Habeas Corpus (#1) and dismiss this matter with prejudice.  Petitioner filed objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v.* Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.


## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#69) and, therefore, **DENIES** the Petition for

2 - OPINION AND ORDER

Habeas Corpus (#1) and **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 14th day of March, 2008.


                        /s/ Anna J. Brown

                        _____
                        ANNA J. BROWN
                        United States District Judge